JoAnna Canzoneri McCormick
2609 East 14th Street
Brooklyn New York 11235
Cell 718 690 8124
Email Blonblue1@hotmail.com

Jo Anna Canzoneri, PRO SE

Plaintiffs Attorney  IN PRO PER

# 15CV5870

## UNITED STATES FEDERAL COURT

500 Pearl Street
New York    New York 10007

**PLAINTIFF:**
Jo Anna Canzoneri, an individual, etal;
Jo Anna Canzoneri aka Jo Anna
Canzoneri McCormick, an individual, etal;
Jo Anna Canzoneri McCormick, an individual, etal;
John Does 1-1000
Jane Does 1-1000

### Complaint

Breach of Contract
General Negligence
Intentional Tort
FRAUD

VS

**DEFENDANT:**
USA, a business entity, etal;



RECEIVED
JUL 2 3 2015
PRO SE OFFICE

,A BUSINESS ENTITY,ETAL; *JCM*

ABC,A BUSINESS ENTITY,ETAL;

ABC MOUSE,A BUSINESS ENTITY,ETAL;

ABCMOUSE,A BUSINESS ENTITY,ETAL;

COURSES,A BUSINESS ENTITY,ETAL;
*Coursera, a busness entity, etal;*
K-12,A BUSINESS ENTITY,ETAL;

ALABAMA,A BUSINESS ENTITY,ETAL;

ALASKA,A BUSINESS ENTITY,ETAL;

ARIZONA,A BUSINESS ENTITY,ETAL;

ARKANSAS,A BUSINESS ENTITY,ETAL;

CALIFORNIA,A BUSINESS ENTITY,ETAL;

COLORADO,A BUSINESS ENTITY,ETAL;

CONNECTICUT,A BUSINESS ENTITY,ETAL;

DELAWARE,A BUSINESS ENTITY,ETAL;

FLORIDA,A BUSINESS ENTITY,ETAL;

GEORGIA,A BUSINESS ENTITY,ETAL;

HAWAII,A BUSINESS ENTITY,ETAL;

IDAHO,A BUSINESS ENTITY,ETAL;

ILLINOIS,A BUSINESS ENTITY,ETAL;

INDIANA,A BUSINESS ENTITY,ETAL;

IOWA,A BUSINESS ENTITY,ETAL;

KANSAS,A BUSINESS ENTITY,ETAL;

KENTUCKY,A BUSINESS ENTITY,ETAL;

LOUISIANA,A BUSINESS ENTITY,ETAL;

MAINE,A BUSINESS ENTITY,ETAL;

MARYLAND,A BUSINESS ENTITY,ETAL;

MASSACHUSETTS,A BUSINESS ENTITY,ETAL;

MICHIGAN,A BUSINESS ENTITY,ETAL;

MINNESOTA,A BUSINESS ENTITY,ETAL;

MISSISSIPPI,A BUSINESS ENTITY,ETAL;

MISSOURI,A BUSINESS ENTITY,ETAL;

MONTANA,A BUSINESS ENTITY,ETAL;

NEBRASKA,A BUSINESS ENTITY,ETAL;

NEVADA,A BUSINESS ENTITY,ETAL;

NEW HAMPSHIRE,A BUSINESS ENTITY,ETAL;

NEW MEXICO,A BUSINESS ENTITY,ETAL;

NEW YORK,A BUSINESS ENTITY,ETAL;

NEW JERSEY,A BUSINESS ENTITY,ETAL;

NORTH CAROLINA,A BUSINESS ENTITY,ETAL;

NORTH DAKOTA,A BUSINESS ENTITY,ETAL;

OHIO,A BUSINESS ENTITY,ETAL;

OKLAHOMA,A BUSINESS ENTITY,ETAL;

OREGAN,A BUSINESS ENTITY,ETAL;

PENNSYLVANIA,A BUSINESS ENTITY,ETAL;

RHODE ISLAND,A BUSINESS ENTITY,ETAL;

SOUTH CAROLINA,A BUSINESS ENTITY,ETAL;

SOUTH DAKOTA,A BUSINESS ENTITY,ETAL;

TENNESSEE,A BUSINESS ENTITY,ETAL;

TEXAS,A BUSINESS ENTITY,ETAL;

UTAH,A BUSINESS ENTITY,ETAL;

VERMONT,A BUSINESS ENTITY,ETAL;

VIRGINIA,A BUSINESS ENTITY,ETAL;

WASHINGTON,A BUSINESS ENTITY,ETAL;

WEST VIRGINIA,A BUSINESS ENTITY,ETAL;

WISCONSIN,A BUSINESS ENTITY,ETAL;

WYOMING,A BUSINESS ENTITY,ETAL;

JURISDICTION (CHECK ALL THAT APPLY)
CASE NUMBER
XXX   ACTION IS AN UNLIMITED CIVIL CASE  (EXCEEDS $25,000)

1. PLAINTIFF  (name or names):   JO ANNA CANZONERI  MC Cormick

    alleges causes of action against defendant (name or names)  USA

2. This pleading, including attachments, and exhibits, consists of the following num' :r of pages

    a. Each plaintiff named above is a competent adult
       Except plaintiff (name)
       (1)    A corporation qualified to do business in
       (2)    An unincorporated entity (describe)
       (3)    Other (specify)

3. Plaintiff (name)

    a.    Has complied with the fictious business name laws and is doing business under the
          fictitious  name (specify)

    b.    Has complied with all licensing requirements as a licensed (specify)

    c.    Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4.    Each defendant named above is a natural person

XX Except defendant (name)  USA              XX Except defendant (name)
   (1)   A business organization, form unknown    (1)   A business organization, form unknown
   (2)   A corporation                            (2)   A corporation
   (3)   An unincorporated entity (describe)      (3)   An uinicorporated entity (describe)
   (4)   A public entity (describe)               (4)   A public entity (describe)
   (5)   Other (specify)                          (5)   Other (specify)

( see attached defendants "DOES" defendants Does' 1-1000
 "DOES" attached hereto and made  a part hereof )

Except defendant (name)                     Except defendant (name)
(1)   A business organization, form unknown    (1)   A business organization, form unknown
   (2)   A corporation                            (2)   A corporation
   (3)   An unincorporated entity (describe)      (3)   An uinicorporated entity (describe)
   (4)   A public entity (describe)               (4)   A public entity (describe)
   (5)   Other (specify)                          (5)   Other (specify)

SHORT TITLE: JO ANNA CANZONERI McCormick CASE NUMBER

4. (CONTINUED)

b. The true names of defendants sued as Does are unknown to plaintiff,

X X (1) Doe Defendants (specify DOE numbers): were the agents or employees of the named defendants and acted within the scope of that agency or employment.

X X (2) Doe defendants (specify DOE numbers): are persons whose capacities are unknown to Plaintiff.

c. Information about additional defendants who are not natural persons is contained in Attachment

d. Defendants who are joined under Code of Civil Procedure section XXXX are (names)

5. Plaintiff is required to comply with a claims statute, and

XX a. has complied with applicable claims statutes, or

XX b. is excused from complying because (specify)

6. X This action is subject to Civil Code section XXX Civil Code section XXX

7. This court is the proper court because

a a defendant entered into the contract here.

X b a defendant lived here when the contract was entered into.

X c. a defendant lives here now

X d. the contract was to be performed here.

X e. a defendant is a corporation or unincorporated association and its principal place of business is here.

X f. real property that is the subject of this action is located here.

g other (specify)

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

XXX Breach of Contract     XX GENERAL NEGLIGENCE

XXX Other (specify) FRAUD     XX Discrimination

XXX INTENTIONAL TORT     XX Discrimination of Wages

9. Other allegations

10. Plaintiff prays for judgement for costs of suit; for such relief as is fair, just, and equitable; and for

XX a. Damages of $ UNKNOWN AT THIS TIME

XX b. Interest on the damages UNKNOWN AT THIS TIME

According to proof UNKNOWN AT THIS TIME

At the rate of (specify)     percent per year from (date):

XX c. Attorney fees

(1) Of $ UNKNOWN AT THIS TIME

(2) According to proof UNKNOWN AT THIS TIME

X X d. Other (specify) COMPENSATORY, CONSEQUENTIAL AND PUNITIVE DAMAGES

11. The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):

DATE 07/19/2015

JO ANNA CANZONERI McCormick     JO ANNA CANZONERI McCormick

# COUNT   ONE   (1)   BREACH OF CONTRACT

Plaintiff JoAnna Canzoneri McCormick alleges that on or about (date)

MAY 01, 2004  and at various times thereafter  written and oral

agreements was made between the PLAINTIFF AND DEFENDANTS

A copy of the agreement  will be provided when requested or

suproed

The essential terms of the  ORAL AND WRITEN AGREEMENTS are

stated on or about

On or about (dates)  May 01, 2004 and at various times

Thereafter the Defendants and each one of them breached the ORAL

AND WRITTEN AGREEMENTS   Plaintiff  has performed all obligations

to defendants except those obligations plaintiff was prevented or

excused from performing.

Plaintiff suffered damages legally (proximately) caused by

defendant's BREACH OF THE ORAL AND WRITTEN AGREEMENTS

Plaintiff is entitled to attorney fees by an agreement or a

STATE STATUTE, STATUTE OR STATUE OF FRAUD  of  $ UNKNOWN AT THIS

TIME AND ACCORDING TO PROOF

# COUNT   TWO   (2)  GENERAL NEGLIGENCE

Plaintiff  Alleges that defendantS and each one of them

was the legal (proximate) cause of damages to plaintiff.  By the

following acts or omissions to act, defendants and each one of them

negligently caused the damage to plaintiff

On or ABOUT              and at various times thereafter

# COUNT THREE (3) INTENTIONAL TORT

Plaintiff JoAnna Canzoneri McCormick Alleges that defendants and each one of them was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

On (date): ON OR ABOUT                    and at various times thereafter

# COUNT FOUR (4) FRAUD

Plaintiff JoAnna Canzoneri McCormick Alleges that defendants and each one of them

On or about                    and at various timers thereafter defrauded plaintiff as follows:

The Defendants and each one of them  Intentional or Negligent Misrepresentation of the material fact. These representations were in fact false and not the  truth

When defendants and each one of them  made the representations them knew they were false

Defendants and each one of them made the representations with the intent to defraud and induce plaintiff to act  at the time plaintiff acted, plaintiff did not know the representations were false and believed they were true.  Plaintiff acted in justifiable reliance upon the truth of the representations.

The  Defendants and each one of them  concealed or suppressed material facts

Continue Count Four (4) FRAUD

The Defendants and each one of them concealed or suppressed material facts when in fact the

Defendants and each one of them was bound to disclose. By telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts

Defendants and each one of them concealed or suppressed these facts with the intent to defraud and induce plaintiff to act

At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

A PROMISE WITHOUT INTENT TO PERFORM the Defendants and each one of them

Defendants made a promise about a material matter without any intention of performing it

Defendants and each one of them promise without any intention of performance was made with the intent to defraud and induce Plaintiff to rely upon it and to

At the time plaintiff acted, plaintiff was unaware of Defendants and each one of them intention not to perform the promise. Plaintiff acted in justificable reliance upon the promise.

In justifiable reliance upon defendants and each one of them defendants conduct, plaintiff was induced to act. Because of plaintiff's reliance upon defendants and each one of them conduct, plaintiff has been damaged

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| | |
|---|---|
| TX | TXU |

Effective Date of Registration

Application Received

Examined By

| Deposit Received | |
|---|---|
| One | Two |

Correspondence ☐

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Uniform Education |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile:<br>Phone, fax, and email: | **2** | JoAnna Canzoneri McCormick<br>Phone ( 626 ) 289-3385   Fax ( )<br>Email ABCCUBS@Hotmail.com |
| **Year of Creation:** | **3** | 2009 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date _____   (Month, day, and year all required)<br>        Month      Day      Year<br>b. Nation |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☒ Photographs<br>☒ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author   ☐ Authorized agent<br>X _____ |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>JoAnna Canzoneri McCormick<br>342 North Atlantic Blvd Alhambra CA 91803<br>Phone ( 626 ) 289 3385   Fax ( )<br>Email ABCCUBS@Hotmail.com |

| | | | |
|---|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼<br>JoAnna Canzoneri McCormick<br>Number/Street/Apt ▼<br>342 North Atlantic Boulevard<br>City/State/Zip ▼<br>Alhambra California 91803 | Complete this space only if you currently hold a Deposit Account in the Copyright Office. | **9** Deposit account # _____<br>Name _____ |

DO NOT WRITE HERE          Page 1 of ___ pages

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Short   Rev: 11/2006   Print: 11/2006—xxx,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

PTO/SB/05 (02-07)
Approved for use through 02/28/2007. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **UTILITY**<br>**PATENT APPLICATION**<br>**TRANSMITTAL**<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | *Attorney Docket No.*<br><br>*First Inventor*<br><br>*Title*<br><br>*Express Mail Label No.* |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**   Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. ☐ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☐ Specification          [*Total Pages*_____]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. ☒ Drawing(s) (35 U.S.C. 113)  [*Total Sheets*_____]
5. Oath or Declaration          [*Total Sheets*_____]
   a. ☐ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR.
         1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76
7. ☒ CD-ROM or CD-R in duplicate, large table or
   ☐ Computer Program (Appendix)
   ☐ Landscape Table on CD
8. Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
   Name of Assignee_____

10. ☐ 37 CFR 3.73(b) Statement   ☐ Power of
    *(when there is an assignee)*   Attorney

11. ☐ English Translation Document *(if applicable)*

12. ☐ Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    ☐ Copies of foreign patent documents,
       publications, & other information

13. ☐ Preliminary Amendment

14. ☐ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*

15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*

16. ☐ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.

17. ☐ Other:_____

---

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the
specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.: ...........................

*Prior application information:*   *Examiner*_____   *Art Unit:*_____

---

### 19. CORRESPONDENCE ADDRESS

☐ The address associated with Customer Number:_____   **OR** ☐ Correspondence address below

| Name | JoAnna Canzoneri McCormick |
|---|---|
| Address | 342 North Atlantic Boulevard |
| City | Alhambra | State | CA | Zip Code | |
| Country | USA | Telephone | 626 289-3385 | Email | |

| Signature | *JoAnna Canzoneri McCormick* | Date | June 06, 2009 |
|---|---|---|---|
| Name (Print/Type) | JoAnna Canzoneri McCormick | | Registration No. (Attorney/Agent) |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
Country of foreign filing: _____          Date of foreign filing: _____

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/
services and, accompanying this application, submits a certification or certified copy of a foreign registration in accor-
dance with 15 U.S.C. 1126(e), as amended.
Country of registration: _____          Registration number: _____

SEE EXHIBIT "1"

SEE EXHIBIT "A"

Attached hereto and made a
part Hereof

**Declaration**

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any result-
ing registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she be-
lieves the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed
under 15 U.S.C. 105(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowl-
edge and belief no other person, firm, corporation, or association has the right to use the above

JoAnna Canzoneri McCormick                         June 06, 2009
_____                          _____
Signature                                          Date

JoAnna Canzoneri McCormick                         _____
_____
Print or Type Name and Position                    Telephone

# EXHIBIT "1"

Website

Elementary School Website

Garfield Elementary school Picture and Location of School

Third Grade
English
math
History
Art

Third Grade
English
Chapter 1
Chapter 2
Chapter 3
Chapter 4

Third Grade
English
chapter 1
Assignments
Pre Tests
Tests

Third Grade
English
chapter 2
Assignments
Pretests
Tests

Third Grade
English
Chapter 2
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 3
Assignments
Pre Tests
Tests

Each school with Website
One book for each grade scanned on download
Example    math
English
Science
History
Art
Grade, subject English, chapter, assignment
Pre tests and Tests
Website universal and a Uniform Education

IS SOLD IN "AS IS" CONDITION.

DATE THIS  18TH  DAY OF  JULY  ,  2009

JO ANNA CANZONERI MCCORMICK

# EXHIBIT   "A"

A UNIFIED EDUCATION PROGRAM ON THE WEBSITE

A WEBSITE FOR THE PRE SCHOOLS
A WEBSITE FOR THE ELEMENTARY SCHOOLS
A WEBSITE FOR THE JUNIOR HIGH SCHOOLS
A WEBSITE FOR THE HIGH SCHOOLS
A WEBSITE FOR THE CITY COLLEGES
A WEBSITE FOR THE COLLEGES
A WEBSITE FOR THE UNIVERSITIES

SAMPLE

A COMPLETE ELEMENTARY SCHOOL OWN WEBSITE
WITH LOCATION,ADDRESS, PRINCIPAL,GRADES AND
CLASSES  WHICH INDICATES EACH GRADE SEPARATE ON THE
WEBSITE AND OR EACH CLASSROOM SEPARATED DEPENDING ON THE
GRADE, CLASS OR EDUCATION

ENGLISH CLASS
MATH CLASS
HISTORY CLASS
SCIENCE CLASS
ARTS CLASS
COOKING CLASS

ONE EDUCATIONAL BOOK LIKE AN ENGLISH BOOK  SCANNED ON THE
COMPUTOR FOR ALL OF 3RD (THIRD) GRADE IN EVERY SCHOOL AROUND
THE NATION AND OR  COUNTRY

ONE ELEMENTARY SCHOOL PAYS THE COSTS OR PRICE OF ONE EDUCATIONAL
BOOK  EACH  FOR EXAMPLE AS FOLLOWERS

ENGLISH BOOK FOR 3RD (THIRD) GRADE
MATH BOOK FOR 3RD (THIRD) GRADE
HISTORY BOOK FOR 3RD (THIRD) GRADE
SCIENCE BOOK FOR 3RD (THIRD) GRADE
ARTS BOOK FOR 3RD (THIRD) GRADE

OTHER BOOKS

BUT PURCHASES THIS BOOK, THEN SCANS THIS BOOK.
THE  BOOK GETS DOWNLOADED ONTO EACH ELEMENTARY SCHOOL
IN THE CITY, COUNTY, STATE ,NATION (UNITED STATES OF AMERICA) AND
ANY OTHER COUNTRY MAKING A UNIFIED EDUCATION PROGRAM


CONTINUE EXHIBIT "A"


ELEMENTARY SCHOOL FOR 3RD (THIRD) GRADE

ENGLISH BOOK DOWNLOADED OR TYPED ON A WORD PROCESSOR
THEN DOWNLOADED ONTO THE WEBSITE

ENGLISH BOOK CHAPTER 1
ENGLISH BOOK CHAPTERS 1 THROUGH 20 CHAPTERS
ENGLISH BOOK ASSIGNMENTS FOR EACH CHAPTER
ENGLISH BOOK EXAMPLES FOR EACH CHAPTER
ENGLISH BOOK MAKE UP ASSIGNMENTS OR EXTRA ASSIGNMENTS
  FOR EACH CHAPTER
ENGLISH BOOK PRE-TESTS FOR EACH CHAPTER
ENGLISH BOOK TESTS  FOR EACH CHAPTER

ALSO A CHILD THAT AT THE TIME CAN NOT GO TO SCHOOL DUE
TO EDUCATIONAL PROBLEMS , HEALTH PROBLEMS OR JUST
OUT OF SCHOOL FOR A DAY OR TWO DAYS CAN STILL GET THE
EDUCATION THEY NEED FROM THE ELEMENTARY SCHOOL
GRADE OR CLASS PROGRAM ON THE ELEMENTARY SCHOOL
PROGRAM FOR THAT CLASSROOM JUST BY ENTERING THE
WEBSITE ON THE COMPUTER

A UNIFIED EDUCATION PROGRAM IN ALL CITIES, COUNTIES,
STATES AND OTHER COUNTRIES WOULD HAVE THE BEST
EDUCATION IN THE WORLD

THE EDUCATION AND SCHOOLS WOULD SAVE MILLIONS
OR BILLIONS OF DOLLARS FOR THE COST OF A STUDENT
THE COST OF A BOOK BUT THEN THE CHILD WOULD HAVE
THE BEST EDUCATION IN THE WORLD

THIS CAN BE USED FOR THE LIBRARY  AND LIBRARY BOOKS
DOWNLOADING THE BOOKS ON THE WEBSITE FOR THAT
LIBRARY HAVING THAT LIBRARY BOOK ON THE COMPUTER
ON THE WEBSITE AND AT THAT LIBRARY

**Trademark/Sevice Mark Application, Principal Register, with Declaration**

Mark (Identify the mark) **Uniform Education**          Class No. (If known) _____

To the Assistant Secretary and Commissioner of Patents and Trademarks:

Applicant Name: **Jo Anna Canzoneri McCormick**

Applicant Address: **342 North Atlantic Boulevard**
**Alhambra CA 91803**

Applicant Entity: (Check one and supply requested information)

☒ Individual — Citizenship (Country): _____

☐ Partnership — Partnership Domicile (State and Country): _____

    Names and Citizenship (Country) of General Partners: _____
_____

☐ Corporation — State (Country, if appropriate) of incorporation: _____

☐ Other (Specify Nature of Entity and Domicile): _____

Goods and/or Services:

    Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 el. seq., as amended.) for the following goods/services:

Basis for Application: (Check one or more, but not both the first and second boxes, and supply requested information)

☐ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 105(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.

• Date of first use of the mark anywhere _____

• Date of first use of the mark in commerce which the U.S. Congress may regulate: _____

• Specify the type of commerce _____
                   (e.g., interstate, between the U.S. and a specified foreign country)

• Specify manner or mode of use of mark on or in connection with the goods/services _____
           (e.g., trademark is applied to labels, service mark is used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)

• Specify intended manner or mode of use of mark on or in connection with the goods or services _____
           (e.g., trademark will be applied to labels, service mark will be used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/



7/21

7008 1830 0000 4815 3578

JoAnne Canzoneri
McCormick

P O Box 684 (684)

Pasadena CA 91102

Uniform Education

USA.44
SEABISCUIT

U.S. POSTAGE
PAID
PASADENA, CA
91101
JUL 20, '09
AMOUNT
$5.54
00066800-37

# Uniform Education

## (Undocumented)

### by

### JoAnna Canzoneri McCormick

# SET OF FACTS

I PERSONALLY WISH TO FILE A LAWSUIT FOR CIVIL RIGHTS,

DISCRIMINATION , **UNITED STATES CONSTITUTIONAL RIGHTS,**

**CONFIDENTAIL AGREEMENTS, PRODUCT DESCRIPTION, BILL OF SALE,**

**UNDOCUMENTED COPYRIGHTS, PATENTS AND TRADEMARKS** I personally am

being Discrimination on a woman and race.

**I PERSONALLY AM AN AMERICAN WHO HAS THE RIGHTS TO**

**RECEIVE A PAY CHECK, CHECK AND OR ROYALITITES**

**ALSO I PERSONALLY WAS DEIED THE RIGHTS TO FILE A LAWSUIT**

I PERSONALLY APPROACHED COMPANIES WHO HAD A BUSINESS LICENSE

WEITHER IT WAS A BUSINESS LICENSE IN ONE STATE OR SEVERAL STATES

ALL ACROSS THE UNITED STATES OF AMERICA AND OR OTHER COUNTRIES

THESE COMPANIES EMPLOYED PEOPLE AND PAID EMPLOYEE SALARIES TO THERE

EMPLOYEES THESE COMPANIES MAY HAVE SOLD STOCK, STOCK CERTIFICATES AND

OR SHARES IN THE COMPANY

THESE COMPANIES PERSONALLY DID BUSINESS CONTRACTS WITH THERE CLIENTS

AND OR CUSTOMERS

THIS COMPANY PERSONALLY DID NOT HAVE THIS PRODUCT, PRODUCE THIS

PRODUCT, SELL THIS PRODUCT, MANUFACTURE THIS PRODUCT DISTRITUTE THIS

PRODUCT PRIOR TO ME INTRODUCTING THIS PRODUCT TO THE COMPANY

I PERSONALLY SENT A LETTER , CONFIDENTIAL AGREEMENT (A WRITTEN AND

BINDING AGREEMENT CONTRACT) AND PRODUCT DESCRIPTION TO SELL (BILL OF

SALE) MY PRODUCT AFTER THE COMPANY RECEIVED THE INTRODUCTION OF MY

PRODUCT THE COMPANY THEN REVIEWED MY PRODUCT BY REVIEWING , ANAYSIZING

MATH

SCIENCE

ART

HISTORY

THE CHILD

SEE ATTACHED COPYRIGHTS PATENT (DESIGN) AND TRADEMARK

THIS UNIFORM EDUCATION  PERSONALLY SAVES MILLIONS OF DOLLARS

TO EACH STATE ON THE BOOKS FOR THE STUDENTS IN THE CLASSES

ONE COSTS FOR ONE SET OF BOOKS FOR EACH GRADE

PLUS GIVES THE CHILDREN AND ADULTS WHO CNACER OR DISABLTIES  AND  WOULD

LIKE TO HAVE AN EDUCATION ON THE  WEBSITE COMPUTER

THIS ALSO INCULDES ALL LIBRARY BOOKS THAT ARE DOWNLOADED TO

ONE LIBRARY THAT SAVES THE COSTS OF THE SAME BOOK PURCHASED

FOR EACH LIBRARY  ONE BOOK DOWNLOADED ON ONE WEBSITE TO ALL LIBRARIES

THE GOVERNORS AND STATES PERSONALLY DID NOT PAY ME

I PERSONALLY FEEL THAT I HAD A RIGHT TO FILE MY STATE AND FEDERAL TAXES

I PERSONALLY AM CLAIMING THEFT (ROBBERY)

I PERSONALLY DID UNDOCUMENTED COPYRIGHTS PATENT (DESIGN THE WEBSITE)

AND TRADEMARK (SEE ATTACHED ENVELOPE AND COPYRIGHTS PATENT AND

TRADEMARK

The defendents are paying me for general relief (a work program paid back from my social secunity checks. When I retire) but they will not pay me for my copyrights patent trademark contracts and bill of sale!

A FRAUD contract on my pay (pay checks)



USA 44
SEABISCUIT

U.S. POSTAGE
PAID
PASADENA, CA
91101
JUL 20, '09
AMOUNT
$5.54
00066800-37

7008 1830 0000 4815 3578

7/21

JoAnne Carvoneri
McCormick

P O Box 684   (684)

Pasadena CA 91102

Uniform Education

SINCERELY,


JO ANNA CANZONERI MCCORMICK

---

From: abccubs@hotmail.com
Subject: BILL OF SALE COPYRIGHT AND PATENT
Date: Sat, 18 Jul 2009 14:42:32 -0400

BILL OF SALE

JO ANNA CANZONERI MCCORMICK
342 NORTH ATLANTIC BOULEVARD
ALHAMBRA CALIFORNIA 91803

DATED  JULY 18, 2009

I JO ANNA CANZONERI MCCORMICK (SELLER) , INCONSIDERATION OF

AMOUNT OF MONEY  (UNKNOWN ESTIMATED AMOUNT OF MONEY AT THIS

TIME) ,DO HEREBY WOULD LIKE TO  SELL, TRANSFER AND CONVEY MY

(JO ANNA CANZONERI MCCORMICK) PERSONAL IDEAL COPYRIGHT AND

PATENT (UNDOCUMENTED)

I JO ANNA CANZONERI MCCORMICK THE UNDERSIGNED SELLER, WOULD LIKE

TO SELL THE ABOVE – DESCRIBED  PERSONAL IDEAL, COPYRIGHT AND PATENT

(UNDOCUMENTED) TO THE BUYER FOR THE AMOUNT OF MONEY

(UNKNOWN ESTIMATED AMOUNT OF MONEY AT THIS TIME) SHOWN AND

CERTIFY (SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF)

THAT ALL OF THE INFORMATION PROVIDED IN THIS BILL OF SALE IS TRUE AND

ACCURATE TO THE BEST OF MY KNOWLEDGE.

I JO ANNA CANZONERI MCCORMICK THE UNDERSIGNED BUYER,

ACKNOWLEDGE  RECEIPT OF THIS BILL OF SALE AND UNDERSTAND THERE IS

NO  GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, WITH REPECT TO

THE ABOVE-DESCRIBED PROPERTY.

IT IS ALSO UNDERSTOOD THAT THE ABOVE-STATED IDEAL AND PATENT

From: blonde212@hotmail.com
To: blonde212@hotmail.com; joannacanzonerimccormick@hotmail.com
Subject: UNIFORM EDUCATION TO GOVERNORS
Date: Sun, 2 May 2010 17:45:44 +0000

From: abccubs@hotmail.com
To: blonde212@hotmail.com
Subject:
Date: Tue, 21 Jul 2009 18:28:00 -0400

From: abccubs@hotmail.com
Subject: SENT LT TO GOVERNORS
Date: Tue, 21 Jul 2009 18:18:55 -0400

From: abccubs@hotmail.com
Subject: LETTER TO THE GOVERNORS FOR THE UNIFORM EDUCATION
Date: Sun, 19 Jul 2009 15:45:47 -0400

JO ANNA CANZONERI MCCORMICK
342 NORTH ATLANTIC BOULEVARD
ALHAMBRA CALIFORNIA 91803

JULY 20, 2009

STATE OF ALASKA
SECRETARY OF STATE

RE: BILL OF SALE FOR THE UNIFORM EDUCATION

DEAR GENTLEMEN:

I PERSONALLY WOULD LIKE TO SALE (BILL OF SALE) MY IDEAL,PATENT,
TRADEMARK AND INVENTION FOR THE UNIFORM EDUCATION

ENCLOSED PLEASE FIND ATTACHED AND ATTACHED UNDER SEPARATE COVER
SHEETS THE UNIFORM EDUCATION

BILL OF SALE
COPYRIGHT
PATENT
TRADEMARK

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME IN WRITING.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____
Effective Date of Registration

Application Received

Deposit Received
One _____ | Two _____

Examined By _____

Correspondence ☐ | Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Uniform Education |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile: Phone, fax, and email: | **2** | JoAnna Canzoneri McCormick<br><br>Phone (626) 289-3385   Fax ( )<br>Email ABCCUBS@Hotmail.com |
| **Year of Creation:** | **3** | 2009 |
| *If work has been published,* **Date and Nation of Publication:** | **4** | a. Date _____ Month _____ Day _____ Year _____  *(Month, day, and year all required)*<br>b. Nation _____ |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☒ Photographs<br>☒ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☐ Authorized agent<br>X _____ |
| **OPTIONAL**<br>**Name and Address of Person to Contact for Rights and Permissions:**<br><br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>JoAnna Canzoneri McCormick<br>342 North Atlantic Blvd Alhambra CA 91803<br>Phone (626) 289 3385   Fax ( )<br>Email ABCCUBS@Hotmail.com |
| **8**<br>Certificate will be mailed in window envelope to this address: | | Name JoAnna Canzoneri McCormick<br>Number/Street/Apt ▼ 342 North Atlantic Boulevard<br>City/State/Zip ▼ Alhambra California 91803 |
| | **9** | Deposit account # _____<br>Name _____<br><br>*Complete this space only if you currently hold a Deposit Account in the Copyright Office.*<br>DO NOT WRITE HERE   Page 1 of ___ pages |

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Short   Rev: 11/2006   Print: 11/2006 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/ 60,xxx

PTO/SB/05 (02-07)
Approved for use through 02/28/2007. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | |
| Attorney Docket No. | |
| First Inventor | |
| Title | |
| Express Mail Label No. | |

## APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

1. ☐ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☐ Specification          [Total Pages_____]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
   ☒ Drawing(s) (35 U.S.C. 113)   [Total Sheets _____]
4. Oath or Declaration          [Total Sheets_____]
   a. ☐ Newly executed (original or copy).
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR.
         1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76
7. ☒ CD-ROM or CD-R in duplicate, large table or
      Computer Program *(Appendix)*
      ☐ Landscape Table on CD
8. ☐ Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

**ADDRESS TO:**   Commissioner for Patents
                  P.O. Box 1450
                  Alexandria VA  22313-1450

## ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
   Name of Assignee_____
10. ☐ 37 CFR 3.73(b) Statement    ☐ Power of
    *(when there is an assignee)*        Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    ☐ Copies of foreign patent documents,
       publications, & other information
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. ☐ Other:_____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the
specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation      ☐ Divisional      ☐ Continuation-in-part (CIP)    of prior application No.: ...........................

Prior application information:              Examiner _____      Art Unit: _____

## 19. CORRESPONDENCE ADDRESS

☐ The address associated with Customer Number: [_____]    OR    ☐ Correspondence address below

| Name | Jo Anna Canzoneri McCormick |
| Address | 342 North Atlantic Boulevard |
| City | Alhambra | State | CA | Zip Code | |
| Country | USA | Telephone | 626 289 3385 | Email | |

| Signature | *JoAnna Canzoneri McCormick* | Date | June 06, 2009 |
| Name (Print/Type) | Jo Anna Canzoneri McCormick | Registration No. (Attorney/Agent) | |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
Country of foreign filing: _____   Date of foreign filing: _____

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/
services and, accompanying this application, submits a certification or certified copy of a foreign registration in accor-
dance with 15 U.S.C. 1126(e), as amended.
Country of registration: _____   Registration number: _____

SEE EXHIBIT "1"
SEE EXHIBIT "A"
Attached hereto and made a
part hereof

**Declaration**

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any result-
ing registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she be-
lieves the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed
under 15 U.S.C. 105(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowl-
edge and belief no other person, firm, corporation, or association has the right to use the above

JoAnna Canzoneri McCormick                    June 06, 2009
_____              _____
Signature                                    Date

JoAnna Canzoneri McCormick                   _____
_____
Print or Type Name and Position              Telephone

# EXHIBIT "1"

Website

[ ]

Elementary
School

Website

Garfield
Elementary
school
Picture and
Location of School

Third Grade
English
math
History
Art

Third Grade
English
Chapter 1
chapter 2
Chapter 3
chapter 4

Third Grade
English
Chapter 1
Assignments
Pre Tests
Tests

Third Grade
English
chapter 2
Assignments
Pretests
Tests

Third Grade
English
Chapter 2
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 3
Assignments
Pre Tests
Tests

Each school with Website
One book for each grade scanned on download
Example    math
English
Science
History
Art
Grade, subject English, chapter, assignment
Pretests and Tests
Website universal and a Uniform Education

**Trademark/Sevice Mark Application, Principal Register, with Declaration**

Mark (Identify the mark) **Uniform Education**     Class No. (If known) _____

To the Assistant Secretary and Commissioner of Patents and Trademarks:

Applicant Name: **JoAnna Canzoneri McCormick**

Applicant Address: **342 North Atlantic Boulevard Alhambra CA 91803**

Applicant Entity: (Check one and supply requested information)

☒ Individual — Citizenship (Country): _____

☐ Partnership — Partnership Domicile (State and Country): _____

    Names and Citizenship (Country) of General Partners: _____

_____

☐ Corporation — State (Country, if appropriate) of Incorporation: _____

☐ Other (Specify Nature of Entity and Domicile): _____

**Goods and/or Services:**

    Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 el. seq., as amended.) for the following goods/services: _____

_____

Basis for Application: (Check one or more, but not both the first and second boxes, and supply requested information)

☐ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 105(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.

- Date of first use of the mark anywhere _____
- Date of first use of the mark in commerce which the U.S. Congress may regulate: _____
- Specify the type of commerce _____
        (e.g., interstate, between the U.S. and a specified foreign country)
- Specify manner or mode of use of mark on or in connection with the goods/services _____

_____
      (e.g., trademark is applied to labels, service mark is used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/ services. (15 U.S.C. 1051(b), as amended.)

- Specify intended manner or mode of use of mark on or in connection with the goods or services

_____
      (e.g., trademark will be applied to labels, service mark will be used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/

IS SOLD IN "AS IS" CONDITION.

DATE THIS  18TH DAY OF  JULY  ,  2009

JO ANNA CANZONERI MCCORMICK

# EXHIBIT   "A"

A UNIFIED EDUCATION PROGRAM ON THE WEBSITE

A WEBSITE FOR THE PRE SCHOOLS
A WEBSITE FOR THE ELEMENTARY SCHOOLS
A WEBSITE FOR THE JUNIOR HIGH SCHOOLS
A WEBSITE FOR THE HIGH SCHOOLS
A WEBSITE FOR THE CITY COLLEGES
A WEBSITE FOR THE COLLEGES
A WEBSITE FOR THE UNIVERSITIES

SAMPLE

A COMPLETE ELEMENTARY SCHOOL OWN WEBSITE
WITH LOCATION,ADDRESS, PRINCIPAL,GRADES AND
CLASSES  WHICH INDICATES EACH GRADE SEPARATE ON THE
WEBSITE AND OR EACH CLASSROOM SEPARATED DEPENDING ON THE
GRADE, CLASS OR EDUCATION

ENGLISH CLASS
MATH CLASS
HISTORY CLASS
SCIENCE CLASS
ARTS CLASS
COOKING CLASS

ONE EDUCATIONAL BOOK LIKE AN ENGLISH BOOK  SCANNED ON THE
COMPUTOR FOR ALL OF 3RD (THIRD) GRADE IN EVERY SCHOOL AROUND
THE NATION AND OR  COUNTRY

ONE ELEMENTARY SCHOOL PAYS THE COSTS OR PRICE OF ONE EDUCATIONAL
BOOK  EACH  FOR EXAMPLE AS FOLLOWERS

ENGLISH BOOK FOR 3RD (THIRD) GRADE
MATH BOOK FOR 3RD (THIRD) GRADE
HISTORY BOOK FOR 3RD (THIRD) GRADE
SCIENCE BOOK FOR 3RD (THIRD) GRADE
ARTS BOOK FOR 3RD (THIRD) GRADE

OTHER BOOKS

BUT PURCHASES THIS BOOK, THEN SCANS THIS BOOK.
THE  BOOK GETS DOWNLOADED ONTO EACH ELEMENTARY SCHOOL
IN THE CITY, COUNTY, STATE ,NATION (UNITED STATES OF AMERICA) AND
ANY OTHER COUNTRY MAKING A UNIFIED EDUCATION PROGRAM


CONTINUE EXHIBIT "A"


ELEMENTARY SCHOOL FOR 3RD (THIRD) GRADE

ENGLISH BOOK DOWNLOADED OR TYPED ON A WORD PROCESSOR
THEN DOWNLOADED ONTO THE WEBSITE

ENGLISH BOOK CHAPTER 1
ENGLISH BOOK CHAPTERS 1 THROUGH 20 CHAPTERS
ENGLISH BOOK ASSIGNMENTS FOR EACH CHAPTER
ENGLISH BOOK EXAMPLES FOR EACH CHAPTER
ENGLISH BOOK MAKE UP ASSIGNMENTS OR EXTRA ASSIGNMENTS
  FOR EACH CHAPTER
ENGLISH BOOK PRE-TESTS FOR EACH CHAPTER
ENGLISH BOOK TESTS  FOR EACH CHAPTER

ALSO A CHILD THAT AT THE TIME CAN NOT GO TO SCHOOL DUE
TO EDUCATIONAL PROBLEMS , HEALTH PROBLEMS OR JUST
OUT OF SCHOOL FOR A DAY OR TWO DAYS CAN STILL GET THE
EDUCATION THEY NEED FROM THE ELEMENTARY SCHOOL
GRADE OR CLASS PROGRAM ON THE ELEMENTARY SCHOOL
PROGRAM FOR THAT CLASSROOM JUST BY ENTERING THE
WEBSITE ON THE COMPUTER

A UNIFIED EDUCATION PROGRAM IN ALL CITIES, COUNTIES,
STATES AND OTHER COUNTRIES WOULD HAVE THE BEST
EDUCATION IN THE WORLD

THE EDUCATION AND SCHOOLS WOULD SAVE MILLIONS
OR BILLIONS OF DOLLARS FOR THE COST OF A STUDENT
THE COST OF A BOOK BUT THEN THE CHILD WOULD HAVE
THE BEST EDUCATION IN THE WORLD

THIS CAN BE USED FOR THE LIBRARY  AND LIBRARY BOOKS
DOWNLOADING THE BOOKS ON THE WEBSITE FOR THAT
LIBRARY HAVING THAT LIBRARY BOOK ON THE COMPUTER
ON THE WEBSITE AND AT THAT LIBRARY

From: blonde212@hotmail.com
To: blonde212@hotmail.com; probono@nysba.org; bloblue@hotmail.com; dharrington@nysba.org;
webmaster@texasbar.com; gene.major@texasbar.com; annualmeeting@texasbar.com;
mail.caap@texasbar.com; committees@texasbar.com; govt.relations@texasbar.com;
employment@texasbar.com; brad.powell@texasbar.com; lpm@texasbar.com;
mail.lris@texasbar.com; probono@texasbar.com; catherine.barrett@texasbar.com;
kim.davey@texasbar.com; memmail@texasbar.com; mcle@texasbar.com;
minority.affairs@texasbar.com; tami.knoll@texasbar.com; research@texasbar.com;
sections@texasbar.com; merianne.gaston@texasbar.com; books@texasbar.com; info@txbf.org;
tbjmail@texasbar.com; tlap@texasbar.com; tyla@texasbar.com; msc@calbar.ca.gov;
billing@calbar.ca.gov; bar.relations@calbar.ca.gov; cyla@calbar.ca.gov; barcomm@calbar.ca.gov;
insurance@calbar.ca.gov; llp@calbar.ca.gov; lap@calbar.ca.gov; trustfundprogram@calbar.ca.gov;
legalspec@calbar.ca.gov; ptls@calbar.ca.gov; programdevelopment@calbar.ca.gov;
feedback@calbar.ca.gov; prohac@calbar.ca.gov; mcle@calbar.ca.gov; providers@calbar.ca.gov;
cbj@calbar.ca.gov; pamphlets@calbar.ca.gov; aclu@aclu.org; aclu@aclu.com;
btackett@networkmediapartners.com; stephen.harper@parl.gc.ca; askdoj@usdoj.gov;
usptoinfo@uspto.gov; info@kirkland.com; info@williamblair.com; la@parkstan.com;
kahearn@glaserweil.com; aalsarraf@glaserweil.com; aallan@glaserweil.com;
jaltschul@glaserweil.com; tavchen@glaserweil.com; mbarshop@glaserweil.com;
jbasinger@glaserweil.com; abaum@glaserweil.com; gbenami@glaserweil.com;
jblinderman@glaserweil.com; jbobek@glaserweil.com; pbreckheimer@glaserweil.com;
sbreskal@glaserweil.com; cbronowski@glaserweil.com; cchan@glaserweil.com;
echilton@glaserweil.com; bcohen@glaserweil.com; ddizenfeld@glaserweil.com;
bfink@glaserweil.com; jfletcher@glaserweil.com; sfreeman@glaserweil.com;
agilbert@glaserweil.com; pglaser@glaserweil.com; jgoad@glaserweil.com;
mgolbert@glaserweil.com; jgrant@glaserweil.com; fheather@glaserweil.com;
lhenry@glaserweil.com; rhoward@glaserweil.com; ahyatt@glaserweil.com;
gjacobs@glaserweil.com; cjordan@glaserweil.com; djordan@glaserweil.com;
rkaiser@glaserweil.com; ckalunian@glaserweil.com; dkaragianides@glaserweil.com;
akargher@glaserweil.com; jkatz@glaserweil.com; akhan@glaserweil.com; lklein@glaserweil.com;
mkleinberg@glaserweil.com; jklevens@glaserweil.com; slau@glaserweil.com;
aleberthon@glaserweil.com; llerner@glaserweil.com; tlevyn@glaserweil.com; jly@glaserweil.com;
sma@glaserweil.com; cmarcus@glaserweil.com; bmarsh@glaserweil.com;
jmason@glaserweil.com; smasterson@glaserweil.com; gmcclintock@glaserweil.com;
jmccloud@glaserweil.com; pmidgen@glaserweil.com;
attoney_stevenwalker_lachambers@hotmail.com; news.scotmet-
metrop001rescueteam@live.com; opr@irs.gov; efcc_nigeria_fundclaims@hotmail.com;
fbi_claimsdepartment2009@hotmail.com; criminalinvestigationagency@9.cn;
mphsolve@microsoft.com; mpnsolve@microsoft.com; msn-featured-
offers@email.msqdcenter.com; rememberingsteve@apple.com; webmaster@nysba.org;
mis@nysba.org; membership@nysba.org; meetings@nysba.org; ethics@nysba.org; cle@nysba.org;
legislation@nysba.org; lrs@nysba.org; lyc@nysba.org; lpm@nysba.org; newsletters@nysba.org;
media@nysba.org; sbn@nysba.org; journal@nysba.org; accounting@nysba.org; hr@nysba.org;
lap@nysba.org; streetteam@cbs.com; federalbureauofinvestigation18@hotmail.com;
nbcolympicsfeedback@nbcuni.com
Subject: LAWSUIT ON UNIFORM EDUCATION
LETTER/SUMMONS/COMPLAINT/ANSWER/CIPYRIGHTS/PATENT(DESIGN) AND TRADEMARK
/CERT MAIL TO ME
Date: Wed, 4 Jan 2012 19:19:31 +0000

From: abccubs@hotmail.com
Subject: STATE OF CALIFORNIA GOVERNOR
Date: Sat, 6 Jun 2009 16:44:07 -0400

JO ANNA CANZONERI MCCORMICK
342 NORTH ATLANTIC BOULEVARD
ALHAMBRA CALIFORNIA 91803
EMAIL  ABCCUBS@HOTMAIL.COM

JUNE 06, 2009

STATE OF CALIFORNIA GOVERNOR
CALIFORNIA

REF:  EMPLOYMENT  CHANGE IN SALARY OR DOWNSIZE ELEMENT

DEAR MR GOVERNOR

I PERSONALLY FILL THAT BEING IN MANAGEMENT POSITIONS HAVE HELP
ME TO BE VERY KNOWLEDGEABLE IN ALL AREAS OF BUSINESS AS FOLLOWERS:

FIRE DEPARTMENT    CHANGE
POLICE DEPARTMENT    CHANGE
CITY HALL    CHANGE
COURTS    CHANGE
LIBRARYS    DOWNSIZE AND ELEMENTATE JOBS EMPLOYMENT AND THE SALE OF BUILDING
           LIBRARIES   TO MANY WORKERS, TO MANY BUILDING, TO MANY BOOKS AND TO MANY
SALARIES
           THE LIBRARIES HAVE THE SAME BOOK IN EACH LIBRARY WHICH COSTS FOR ALL THE SAME
BOOKS
           BY SCANNING ONE LIBRARY BOOK ONTO THE COMPUTER
           YOU ARE PURCHASING ONE BOOK
           THE COMPUTER IS A SERVER FOR MANY INDIVIDUALS FOR THE SAME BOOK
           100 PEOPLE CAN RECEIVER, DOWNLOAD AND READ THE SAME BOOK ON THE COMPUTER BUT
AT THERE HOME
           ON THE COMPUTER THE PERSON CAN READ A BOOK, MAGAZINE OR LEGAL BOOKS
           COSTS TO COPY A BOOK FROM THE NEW LIBRARY

           ONE BUILDING, ONE OFFICE, ONE LIBRARY IN A STATE

           THIS ELEMENTATS ALL BUILDING, ALL LIBRARIES, ALL SALARIES  ACROSS THE NATION
TEACHERS AND SCHOOL
           THE TEACHER CAN TEACH THE CLASS ROOM STUDENTS
           FROM THE COMPUTER
           ON THE BIG SCREEN, PRODUCTOR, MOVIE CAMERA
           THE SCHOOL STILL RECEIVES MONEY FOR EACH STUDENT
           YET THE STUDENT CAN BE HOME RECEIVING HOME EDUCATION AND NOT A SCHOOL
WELFARE
           JUST LIKE UNEMPLOYMENT FILLING OUT A WELFARE FORM OR GENERAL RELIEF FORM ON THE
COMPUTER
           THE COMPUTER CAN HAVE THE APPLICATION ON THE COMPUTER
           THE WORKER MAKES AN APPOINTMENT FOR THE NEXT DAY
US MAIL

           A BUILDING WITH BOXES FOR THE PEOPLE TO PICK UP THERE MAIL AT THERE MAIL BOX

           NO DELIEVERY OF MAIL TO THE FRONT DOOR

           EVERYONE PAYS FOR A MAIL BOX IN EACH CITY

           THE ONLY THING A MAIL MAN HAS TO DO IS PLACE THE PERSON AT THAT ADDRESS MAIL IN A MAIL
BOX
           THIS WOULD MAKE MAIL FOR PEOPLE MORE SAFER

I PERSONALLY WOULD LIKE TO SAY THAT ONE PIECE OF PAPER DOES NOT MEAN THAT
YOU NEED THOUSANDS OF WORKERS EMPLOYED

ALSO ALL THE FORECLOSURE EACH STATE WILL NOT RECEIVED TAX MONEY FOR THE PROPERTY
FROM THE FEDERAL GOVERNMENT NOR FOR THE AUTOMOBLES TOO

WHO GOING TO HAVE MONEY TO PURCHASE ANYTHING WITHOUT EMPLOYMENT

ALL  THE FEDERAL GOVERNMENT MONEY WILL BE EFFECTED SOON  IF THE FEDERAL GOVERNMENT
TAKES OVER ALL THE MORTGAGE COMPANIES, REAL ESTATE PROPERTY AND AUTO S

THANKS

JO ANNA CANZONERI MCCORMICK

CC:  PRESIDENT BARACK OBAMA
       WHITE HOUSE



EXHIBIT "1"

Website

Elementary School Website

Garfield Elementary School Picture and Location of School

Third Grade English Math History Art

Third Grade English Chapter 1 Chapter 2 Chapter 3 Chapter 4

Third Grade English chapter 1 Assignments Pre Tests Tests

Third Grade English chapter 2 Assignments Pre Tests Tests

Third Grade English Chapter 2 Assignments Pre Tests Tests

Third Grade English Chapter 3 Assignments Pre Tests Tests

Each school with Website
One book for each grade scanned on download
Example     Math
            English
            Science
            History
            Art
Grade, subject English, chapter, assignment
Pre tests and Tests
Website universal and a Uniform Education

Sort by ▾

| | Sort by |
|---|---|
| ▸ | Date |
| ▸ | To |
| ▸ | Subject |
| ▸ | Size |
| ▸ | Show only messages |
| ▸ | With attachments |

Search your e

| | | | |
|---|---|---|---|
| ☐ | (Unknown) | BILL OF SALE COPYRIGHT AND PATENT | 7/18/09 |
| ☐ | (Unknown) | SENT LT TO SCOTLAND YARD POLICE | 7/16/09 |
| ☐ | (Unknown) | letter | 7/16/09 |
| ☐ | (Unknown) | LETTER WITH BANK INFORMATION | 7/14/09 |
| ☐ | (Unknown) | BARCLAYS BANK 6.8, 21.27 AND 50 | 7/13/09 |
| ☐ | (Unknown) | COOK COUNTY ILLINOIS PETITION TO REOPEN WILL | 7/13/09 |
| ☐ | (Unknown) | sent lt to the president | 7/13/09 |
| ☐ | (Unknown) | LETTER OF COMPLAINT | 7/13/09 |
| ☐ | (Unknown) | COMPLAINT AND DEMAND FOR PAYMENT FOR THE REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | FW: EVIDENCE , FEDERAL GRANTS AND REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | PRIVATE AUTOPSY | 7/11/09 |
| ☐ | (Unknown) | FW: BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: STATE OF CALIFORNIA | 7/11/09 |
| ☐ | (Unknown) | CORRECTERD LOS ANGELES LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | CORRECTED CITY OF ALHAMBRA LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | FW: RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | CORRECTED SUMMONS ON MCCORMICK ESTATE | 7/11/09 |
| ☐ | (Unknown) | CITY OF DETROIT CHURCH FOR SALE | 7/10/09 |
| ☐ | (Unknown) | STATE OF CALIFORNIA | 7/09/09 |
| ☐ | (Unknown) | COUNTY OF LOS ANGELES | 7/09/09 |

| | (Unknown) | CITY OF ALHAMBRA | 7/09/09 |
|---|---|---|---|
| | (Unknown) | FW: RECD LT FROM MARK MILTON | 7/09/09 |
| | (Unknown) | RECD LT FROM MARK MILTON | 7/09/09 |
| | (Unknown) | SENT LT TO FBI ON INTERNATIONAL COMMERCIAL BANK AND WIRE TRANSFER | 7/09/09 |
| | (Unknown) | MURDER AND FRAUD | 7/09/09 |
| | (Unknown) | SENT LT TO THE FBI | 7/07/09 |
| | (Unknown) | SENT LT TO FBI AND US HOME LAND SECURITY | 7/06/09 |
| | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☑ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| | (Unknown) | FW: 66666 new summons on lawsuit on mccormick | 7/06/09 |

2168 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 62
- ◀
- ▶



Full view

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| (Unknown) | QUEEN OF CANADA | 1:08 PM |
| (Unknown) | SENT LT TO QUEEN ELIZABETH WINDSOR | 12:55 PM |
| (Unknown) | STATE OF GOVERNOR | 7/19/09 |
| (Unknown) | STATE LETTERS | 7/19/09 |
| (Unknown) | FW: STATE OF WISCONSIN EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF VIRGINIA EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF TEXAS EDUCATION | 7/19/09 |
| (Unknown) | @@@STATES | 7/19/09 |
| (Unknown) | FW: STATE OF OKLAHOME EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF OHIO EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| (Unknown) | FW: STATE OF NEW YORK EDUCATION | 7/19/09 |
| (Unknown) | STATE OF EDUCATION | 7/19/09 |
| (Unknown) | STATE OF EDUCATION | 7/19/09 |
| (Unknown) | STATE OF EDUCATION | 7/19/09 |
| (Unknown) | STATE OF MISSOURI EDUCATION | 7/19/09 |
| (Unknown) | STATE OF EDUCATION | 7/19/09 |
| (Unknown) | STATE OF LOUISANA EDUCATION | 7/19/09 |
| (Unknown) | STATE OF EDUCATION | 7/19/09 |
| (Unknown) | STATE OF HAWAII EDUCATION | 7/19/09 |
| (Unknown) | STATE OF FLORIDA | 7/19/09 |
| (Unknown) | LETTER TO THE GOVERNOR | 7/19/09 |
| (Unknown) | STATE OF CONNECTICUT GOVERNOR | 7/19/09 |

Sort by ▾

Sort by
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | (No S |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: E |
| ☐ | info@rockgrp.com | FW: u |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: u |
| ☐ | fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com | COPYI |
| ☐ | ebc@uspto.gov | FW: C |
| ☐ | efs@uspto.gov | FW: C |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | CORRI |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | UNIFC |
| ☐ | efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov | FW: U |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | marria |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | unified |
| ☐ | ebanking@imperialcapitalbank.com | RESUM |
| ☐ | pasadena-ca@appleone.com | FW: Sh |
| ☐ | corporatecareers@forever21.com; info@greendotcorp.com | (No Su |
| ☐ | readers.repo@latimes.com; feedback@latimes.com | sent to |
| ☐ | info@emn-nationalnewsopinion.com | FW: Sa |
| ☐ | phil.bredesen@tn.gov | (No Su |
| ☐ | governor@nd.gov; aralphmollis@sec.state.ri.us | (No Su |
| ☐ | amanda.wurst@governor.ohio.gov | (No Su |
| ☐ | governor@nd.gov | TO THE |
| ☐ | governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov | TO THE |
| ☐ | onepagelove@gmail.com | FW: TH |
| ☐ | onepagelove@gmail.com | FW: sel |
| ☐ | actso@naacpnet.org | FW: TH |

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments



Search your e 

| | | |
|---|---|---|
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBS |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND DE |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TRA |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| | olg.hotline@ed.gov | FW: unified education with uniform education |
| | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| | info@kirkland.com | FW: unified education |
| | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TRA |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | |
|---|---|
| ☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | (No Su |
| ☐ fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: B |
| ☐ info@rockgrp.com | FW: un |
| ☐ fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: un |
| ☐ fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com | COPYR |
| ☐ ebc@uspto.gov | FW: C |
| ☐ efs@uspto.gov | FW: C |
| ☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | CORRE |
| ☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | UNIFO |
| ☐ efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov | FW: UI |
| ☐ abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | marria |
| ☐ abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | unified |
| ☐ ebanking@imperialcapitalbank.com | RESUM |
| ☐ pasadena-ca@appleone.com | FW: SH |
| ☐ corporatecareers@forever21.com; info@greendotcorp.com | (No Su |
| ☐ readers.repo@latimes.com; feedback@latimes.com | sent to |
| ☐ info@emn-nationalnewsopinion.com | FW: Sa |
| ☐ phil.bredesen@tn.gov | (No Su |
| ☐ governor@nd.gov; aralphmollis@sec.state.ri.us | (No Su |
| ☐ amanda.wurst@governor.ohio.gov | (No Su |
| ☐ governor@nd.gov | TO TH |
| ☐ governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov | TO TH |
| ☐ onepagelove@gmail.com | FW: Th |
| ☐ onepagelove@gmail.com | FW: se |
| ☐ actso@naacpnet.org | FW: Th |

Sort by ▾

| Sort by |
|---|
| **Sort by** |
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |



Search your e

| | | |
|---|---|---|
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBSIT |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE W |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND DES |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL T( |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| ☐ | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| ☐ | olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| ☐ | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| ☐ | info@kirkland.com | FW: unified education |
| ☐ | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |

1592 messages
- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

| | | |
|---|---|---|
| ☐ | actso@naacpnet.org | FW: se |
| ☐ | mrpicwilliam@yahoo.com | i perso |
| ☐ | abccubs@hotmail.com | FW: Pl |
| ☐ | abccubs@hotmail.com | FW: U |
| ☐ | jthomas@vaco.com | (No Su |
| ☐ | christophertegner@spherion.com | (No Su |
| ☐ | info@cybercoders.com | FW: Sl |
| ☐ | smithrobertfattorney@yahoo.com | (No Su |
| ☐ | pm@pm.gc.ca | FW: ev |
| ☐ | pm@pm.gc.ca | FW: se |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◄
- ►

Full view

| | | | |
|---|---|---|---|
| ☐ | (Unknown) | STATE OF ALABAMA EDUCATION | 7/19/09 |
| ☐ | (Unknown) | STATES | 7/19/09 |
| ☐ | (Unknown) | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDUCATION | 7/19/09 |
| ☐ | (Unknown) | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDUCATION | 7/19/09 |
| ☐ | (Unknown) | LETTER FOR GOVERNOR | 7/19/09 |
| ☐ | (Unknown) | LETTER TO THE GOVERNORS FOR THE UNIFORM EDUCATION | 7/19/09 |
| ☐ | (Unknown) | uniform education to attorneys | 7/19/09 |
| ☐ | (Unknown) | UNIFORM EDUCATION | 7/19/09 |
| ☐ | (Unknown) | FW: UNITED STATES PATENT AND TRADEMARK COPYRIGHT,PATENT AND TRADEMARK | 7/19/09 |
| ☐ | (Unknown) | UNITED STATES PATENT AND TRADEMARK COPYRIGHT,PATENT AND TRADEMARK | 7/19/09 |
| ☐ | (Unknown) | RESUME | 7/18/09 |

2168 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 62
- ◁
- ▶

Full view



U.S. POSTAGE
BROOKLYN, NY
11235
$12.95
0005753-02

CERTIFIED MAIL

7015 0640 0003 1126 8088

RETURN RECEIPT
REQUESTED

USM P3
SDNY

RECEIVED
JUL 2 3 2015
PRO SE OFFICE

To:
Clerk
United States Federal
500 Pearl Street
New York NY 1000

From:
2609 East 14th
Brooklyn NY 11235

ReadyPost.
Utility Mailer