JoAnna Canzoneri McCormick
2609 E 14th
Brooklyn New York
718 690 8124
Email JoAnnaCanzoneriMcCormick@outlook.com

August 6, 2015

15cv5867
15cv5870

RECEIVED 2015 AUG 11 A 8:15 PRO SE OFFICE

Clerk
US Federal Court
500 Pearl Street
New York NY 10007

RE: ~~Process~~ 9cm Request to Arrest and Press Charges as to identity Fraud forgery robbery and Fraud (Guardian/Adoption/Custody)

Dear Honorable Judge

This letter is to inform and advise that I Request to Arrest and Press Charges as to identity Fraud forgery Robbery and Fraud (Guardian/Adoption/Custody) and all and any other forms of embassament on my ownership and products

Enclosed Emanicpation without hearing

Thanks
JoAnn Canzoneri McCormick

JO ANNA MCCORMICK CANZONERI   718 690-8124
~~342 NORTH ATLANTIC BOULEVARD ALHAMBRA CALIFORNIA 91801~~ JCM
2609 E 14th Street New York NY

~~July 21, 2012~~ JCM August 06, 2015

Clerk of the Circuit Court JCM US Federal Court
~~Richard J Daley Center~~ JCM 500 Pearl
~~50 West Washington Street~~ JCM New York NY 10007
~~Chicago Illinois 60602~~ JCM

RE: Emancipation without hearing & marriage certified

DEAR GENTLEMEN:

PLEASE FIND ATTACHED AND ENCLOSED FOR DOCUMENTS FOR THE FILLING OF
THE FOLLOWING DOCUMENTS: Emancipation papers without hearing

    CIVIL CASE COVER SHEET
    SUMMONS
    COMPLAINT (ATTACHMENTS, BREACH OF CONTRACT,
        INTENTIONAL TORT, GENERAL NEGLIGENCE AND FRAUD
    REQUEST FOR PRODUCTION OF DOCUMENTS
    TEMPORARY RETAINING ORDER AND MOTION TO STAY
    AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF
        FILLING AND SERVICE FEES AND COSTS AND TO PROCEED
        AS A POOR PERSON
    PROOF OF SERVICE
X   Marriage Certificate
X   Emancipation Papers with Hearing

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME IN WRITING

THANK YOU

SINCERELY
Jo Anna Ca ne McCah
JO ANNA MCCORMICK CANZONERI   McCah

2015 AUG 11 A 8:15   RECEIVED NY PRO SE OFFICE

# CIVIL CASE COVER SHEET

**Attorney or Party Without Attorney:** Jo Anna Canzoneri McCormick, 2609 E 14th, Brooklyn, NY
~~142 North Atlantic Boulevard Alhambra CA 9~~ 9cm
~~2266 McDonald Avenue Brooklyn NY 11223~~ 9cm
Telephone No: ~~718-266-~~ 626-417-3861
Email: ARZUES@hotmail.com

**Attorney for:** IN PRO PER

**Street Address:** Clerk of the Circuit Court — US Federal Court
**Mailing Address:** ~~Richard J Daley Center Room~~ 9cm 500 Pearl
**City and Zip Code:** ~~50 West Washington Street Room~~ 9cm New York NY
**Branch Name:** ~~Chicago Illinois 60602~~ 9cm

**Case Name:** JO ANNA CANZONERI McCORMICK

**Civil Case Cover Sheet**
[x] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited

**Complex Case Designation**
[ ] Counter [ ] Joinder

1. Check one box below for the case type that best describes this case:
   - Non-PI/PD/WD (Other) Tort: Civil rights (08) — checked
   - Provisionally Complex Civil Litigation: Securities litigation (28) — checked
   - [x] Emancipation (handwritten)

2. This case [XX] is [ ] is not complex under rule 3.400 of the California Rules of Court.

3. Type of remedies sought (check all that apply):
   a. [XX] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [XX] punitive

4. Number of causes of action (specify):

5. This case [ ] is [XX] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case.

Date: ~~July 21, 2012~~ 9cm August 26, 2005

JO ANNA CANZONERI McCORMICK

(Signature of party or attorney for party)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

— THIS FORM MUST BE KEPT CONFIDENTIAL —   FW-001

ATTORNEY OR PARTY WITHOUT ATTORNEY: JoAnna Canzoneri, McCormick
~~312 North Atlantic Boulevard~~ 9cm 2609 E 14th
~~Alhambra California 91803~~ 9cm Brooklyn NY
TELEPHONE NO.: ~~626-417-3867~~ 9cm   718 6908126
ATTORNEY FOR (name): Pro Se
NAME OF COURT: Clerk of the Circuit Court US Federal
STREET ADDRESS: ~~Richard J Daley Center~~ 9cm 500 Pearl Street
MAILING ADDRESS: ~~50 West Washington Street~~ 9cm New York NY
CITY AND ZIP CODE: ~~Chicago Illinois 60602~~ 9cm
BRANCH NAME:
PLAINTIFF/PETITIONER: JoAnna Canzoneri McCormick
DEFENDANT/RESPONDENT:

APPLICATION FOR WAIVER OF COURT FEES AND COSTS

I request a court order so that I do not have to pay court fees and costs.
1. a. [X] I am not able to pay any of the court fees and costs.
   b. [ ] I am able to pay only the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code): 2609 E 14 Brooklyn NY
~~342 North Atlantic Boulevard Alhambra CA 91801~~ 9cm

3. a. My occupation, employer, and employer's address are (specify):
   Octapharma Plasma   Van Nuys CA  unknown
   b. My spouse's occupation, employer, and employer's address are (specify):

4. [ ] I am receiving financial assistance under one or more of the following programs:
   a. [ ] SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] CalWORKs: California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] Food Stamps: The Food Stamp Program
   d. [ ] County Relief, General Relief (G.R.), or General Assistance (G.A.)

5. If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. [ ] (Optional) My Medi-Cal number is (specify):
   b. [ ] (Optional) My social security number is (specify): 560-818-6058 and my date of birth is (specify):
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.

6. [ ] My total gross monthly household income is less than the amount shown on the Information Sheet on Waiver of Court Fees and Costs available from the clerk's office.

7. [ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs.

WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action.

I declare under penalty of perjury under the laws of the State of California that the information on this form and all attachments are true and correct.
Date: ~~July 21, 2012~~ August 06, 2015

JoAnna Canzoneri McCormick
(TYPE OR PRINT NAME)                    (SIGNATURE)

APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)

FL-W-001

PLAINTIFF/PETITIONER: JoAnna Canzoneri McCormick
DEFENDANT/RESPONDENT:

## FINANCIAL INFORMATION

8. [X] My pay changes considerably from month to month. (If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.)

9. MY MONTHLY INCOME
   a. My gross monthly pay is: Plasma $ 280.00
   b. My payroll deductions are (specify purpose and amount): Donations
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ _____
   c. My monthly take-home pay is (a. minus b.): $ _____
   d. Other money I get each month is (specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):
      (1) _____ $ 0
      (2) _____ $ 0
      (3) _____ $ 0
      (4) _____ $ 0
      The TOTAL amount of other money is: $ 0
      (If more space is needed, attach page labeled Attachment 9d.)
   e. MY TOTAL MONTHLY INCOME IS (c. plus d.): $ _____
   f. Number of persons living in my home: 0
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) | | | $ 0 |
      | (2) | | | $ 0 |
      | (3) | | | $ 0 |
      | (4) | | | $ 0 |
      | (5) | | | $ 0 |

      The TOTAL amount of other money is: $ 0
      (If more space is needed, attach page labeled Attachment 9f.)
   g. MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS (a. plus d. plus f): $ _____

10. I own or have an interest in the following property:
    a. Cash ........................ $ _____
    b. Checking, savings, and credit union accounts (list banks):
       (1) _____ $ 0
       (2) _____ $ 0
       (3) _____ $ 0
       (4) _____ $ 0
    c. Cars, other vehicles, and boats (list make, year, fair market value (FMV), and loan balance of each):

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ 0 |
       | (2) | $ | $ 0 |
       | (3) | $ | $ 0 |

    d. Real estate (list address, estimated fair market value (FMV), and loan balance of each property):

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) | $ | $ 0 |
       | (2) | $ | $ 0 |
       | (3) | $ | $ 0 |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. (list separately): $ 0

11. My monthly expenses not already listed in item 9b above are the following:
    a. Rent or house payment & maintenance ... $ 0
    b. Food and household supplies ........... $ 0
    c. Utilities and telephone ............... $ 0
    d. Clothing .............................. $ 0
    e. Laundry and cleaning .................. $ 0
    f. Medical and dental payments ........... $ 0
    g. Insurance (life, health, accident, etc.) $ 0
    h. School, child care .................... $ 0
    i. Child, spousal support (prior marriage) $ 0
    j. Transportation and auto expenses (insurance, gas, repair) ............. $ 0
    k. Installment payments (specify purpose and amount):
       (1) _____ $ 0
       (2) Student Loan $ 20.00
       The TOTAL amount of monthly installment payments is: $ 20.00
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ 0
    m. Other expenses (specify):
       (1) _____ $ 0
       (2) _____ $ 0
       (3) _____ $ 0
       (4) _____ $ 0
       (5) _____ $ 0
       The TOTAL amount of other monthly expenses is: $ 0
    n. MY TOTAL MONTHLY EXPENSES ARE (add a. through m.): $ 0

12. Other facts that support this application are (describe the unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget. If more space is needed, attach page labeled Attachment 12):

FW-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):

JoAnna Canzoneri McCormick   2609 E 14th
~~3112 North Atlantic Boulevard~~    Brooklyn NY
~~Alhambra California 91803~~  9cm

TELEPHONE NO.: ~~626-419-3861~~ 9cm    FAX NO.:  9cm
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): 718 690-8124

SUPERIOR COURT OF ~~Circuit Court~~ 9cm  US Federal
STREET ADDRESS: ~~Richard J Daley Center~~ 9cm   500 Pearl
MAILING ADDRESS: ~~50 West Washington Street~~ 9cm  Street
CITY AND ZIP CODE: ~~Chicago Illinois 60602~~ 9cm   New York NY
BRANCH NAME:

PLAINTIFF/PETITIONER: JoAnna Canzoneri McCormick

DEFENDANT/RESPONDENT:

CASE NUMBER:

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

☐ A previous order was issued on (date):

1. The application was filed on (date):
2. The application was filed by (name): JoAnna Canzoneri McCormick
3. ☒ IT IS ORDERED that the application is granted ☐ in whole ☐ in part (complete item 4 below).
   a. ☒ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 3.61, is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.                        (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.            (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification.    (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.                (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. Method of payment. The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):       percent.  (2) ☐ Pay: $              per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      Date:        Time:        Dept.        Div.        Room:
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor or upon such recovery.

4. ☐ IT IS ORDERED that the application is denied ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.

5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      Date:        Time:        Dept.        Div.        Room:
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

NOTICE: If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

WARNING: The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date: _____      ☐ Clerk, by _____, Deputy

JUDICIAL OFFICER   (Clerk may GRANT in full a nondiscretionary fee waiver, see Cal. Rule of Court, rule 3.59.)   Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (Fee Waiver)**

Government Code, § 68511.3;
Cal. Rules of Court, rules 3.50–3.58

FW-003

PLAINTIFF/PETITIONER (Name): JoAnna Canzoneri McCormick

DEFENDANT/RESPONDENT (Name):

4b ☐ Application is denied in whole or in part (specify reasons):

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at
_____, California.
(place):
on (date):

Clerk, by _____, Deputy

[SEAL]

## CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____  Clerk, by _____, Deputy

FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JoAnna Canzoneri McCormick ~~342 North Atlantic Boulevard~~ xm 2609 E 14th ~~Alhambra CA 91801~~ Brooklyn NY 11235 | | MC-300 |

Jon

**ATTORNEY FOR (Name):** Clerk US Federal Court
**STREET ADDRESS:** ~~Richard J Daley Center~~
**MAILING ADDRESS:** ~~50 West Washington Street~~ xm 500 Pearl
**CITY AND ZIP CODE:** ~~Chicago Illinois 60602~~ xm New York NY
**BRANCH NAME:**

**IN THE MATTER OF (NAME):** McCormick JoAnna  Petitioner, a minor

**PETITION FOR DECLARATION OF EMANCIPATION OF** ~~MINOR~~ AN Marriage Adult
☐ ORDER PRESCRIBING NOTICE   Emancipation without hearing
☒ DECLARATION OF EMANCIPATION Without Hearing   ☒ ORDER ~~DENYING PETITION~~

**CASE NUMBER:**

1. My name: Jo Anna Canzoneri McCormick  2609 E 14th Street
   My address: ~~342 North Atlantic Boulevard Alhambra CA 91801~~ xm Brooklyn NY
   I am a resident of or temporarily domiciled in this county Los Angeles California
2. I request that the court declare me to be emancipated. (See Marriage Certificate)
3. a. I am at least 14 years of age and my date of birth is:
   b. I am willingly living separate and apart from my parents or legal guardian, with the consent of my parents or legal guardian. I have been living apart from them since (date):
   c. I am managing my own financial affairs. I have completed my declaration of income and expenses on form MC-306 and attached it to this petition.
   d. No part of my income comes from any activity that is a crime under the laws of the State of California or of the United States.
4. My mother's name is:
   Her address is:
   ☐ Her consent to my emancipation is attached.
   ☐ Notice to her should not be required because (state reasons):
5. My father's name is:
   His address is:
   ☐ His consent to my emancipation is attached.
   ☐ Notice to him should not be required because (state reasons):
6. ☐ I have a legal guardian.
   My guardian's name is:
   My guardian's address is:
   ☐ My guardian's consent to my emancipation is attached.
   ☐ Notice to my guardian should not be required because (state reasons):
7. ☒ Other person entitled to notice.
   This person's name is:
   This person's address is:
   ☐ This person's consent to my emancipation is attached.
   ☒ Notice to this person should not be required because (state reasons): FRAUD GUARDIANSHIP (See Attached Document)
8. ☐ I am a ☐ dependent child ☐ (probation) ward of the Juvenile Court of
   Case number (if known):
   My ☐ social worker ☐ probation officer is (name):
   His / her consent is attached.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed at
(place) ~~Los Angeles~~ xm ~~California~~
Kings NY xm
on (date) ~~February 09, 2015~~ xm
August 06 2015

(Signatures) JoAnna Canzoneri McCormick xm

PETITION FOR DECLARATION OF EMANCIPATION OF MINOR,
ORDER PRESCRIBING NOTICE, DECLARATION OF
EMANCIPATION, AND ORDER DENYING PETITION

| NAME OF MINOR: McCormick JoAnna | CASE NUMBER: | MC-300 |

## ORDER PRESCRIBING NOTICE

9. The court finds that
   a. ☐ All persons entitled to notice of this proceeding have consented to the emancipation and waived notice of hearing.
   b. ☐ The addresses of the following are unknown:
      (1) ☐ Father
      (2) ☐ Mother
      (3) ☐ Legal guardian
   c. ☐ Notice to the following persons cannot or should not be given:
   d. ☒ Other (specify): Petitioner was married 07/63/1969 by a court judge. Also my divorce is invalid due to a minor (baby age could not enter court room for a divorce)

10. IT IS ORDERED that notice of this proceeding
    a. ☐ is not required. The declaration of emancipation may proceed without hearing.
    b. ☐ is required to the following persons:
       (1) ☐ Father                    (4) ☐ Juvenile Court of _____ County
       (2) ☐ Mother                        for service on social worker or probation officer
       (3) ☐ Legal guardian            (5) ☐ District attorney
    c. ☐ This matter is set for hearing on (date): _____ at (time): _____ in (dept.): _____

Date: _____

_____
(JUDGE OF THE SUPERIOR COURT)

## DECLARATION OF EMANCIPATION WITHOUT HEARING
(Only if the court has ordered item 10a above.)

The court finds that the petitioner is a person described by Family Code section 7120. All notice requirements have been met or waived by the court. Emancipation is not contrary to the best interests of the child.

THE PETITION IS GRANTED. THE PETITIONER IS DECLARED TO BE EMANCIPATED FOR PURPOSES SET FORTH IN FAMILY CODE SECTION 7050 ET SEQ.

Date: _____

_____
(JUDGE OF THE SUPERIOR COURT)

## ORDER DENYING PETITION

The court finds that the petition on its face fails to establish that the petitioner is a person described by Family Code section 7120.
THE PETITION IS DENIED.

Date: _____

_____
(JUDGE OF THE SUPERIOR COURT)

[SEAL]

## CLERK'S CERTIFICATE
(Of Declaration of Emancipation)

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____   Clerk, by _____, Deputy

MC-300 [Rev. January 1, 2009]

**PETITION FOR DECLARATION OF EMANCIPATION OF MINOR, ORDER PRESCRIBING NOTICE, DECLARATION OF EMANCIPATION, AND ORDER DENYING PETITION**

Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JoAnna Canzoneri McCormick ~~312 North Atlantic Boulevard~~ ~~Alhambra CA 91801~~ | 7ER 9CM 2609E 14 718 690 8124 Brooklyn NY | |

ATTORNEY FOR (Name): clerk US Federal
STREET ADDRESS: ~~Richard J Daley Center~~
MAILING ADDRESS: ~~50 West Washington Street~~
CITY AND ZIP CODE: ~~Chicago Illinois~~
BRANCH NAME:

IN THE MATTER OF (NAME):
JoAnna Canzoneri McCormick, an adult married

**NOTICE OF HEARING — EMANCIPATION OF ~~MINOR~~ AN ADULT**
☒ **CONSENT AND WAIVER OF NOTICE**

Notice of Emancipation without hearing

1. The ~~minor (name)~~ Adult Name JoAnna Canzoneri McCormick ~~has filed a petition asking the court to declare the minor an EMANCIPATED MINOR.~~ If the petition is granted, the minor will be considered to be over the age of majority for purposes set forth in California Family Code section 7050.

2. A HEARING for the court to consider the petition will be held: Emancipation without hearing

| on (date) | at (time) | in Dept. | Room |
|---|---|---|---|

TO PARENTS:
IF THE PETITION IS GRANTED, THE ~~MINOR~~ Adult, THE ~~MINOR'S~~ Adult REPRESENTATIVE, OR THE DISTRICT ATTORNEY MAY LATER PETITION THE COURT TO RESCIND THE DECLARATION OF EMANCIPATION AND YOU ~~MAY~~ BE LIABLE FOR SUPPORT AND MEDICAL COVERAGE FOR THE ~~MINOR~~ Adult
Date: 08/09/2015CA August 06, 2015
JoAnna Canzoneri McCormick
(TYPE OR PRINT NAME)
☐ PETITIONER ☐ CLERK

**CONSENT AND WAIVER OF NOTICE**

The undersigned give up the right to notice of a hearing on the Petition for Declaration of Emancipation, and consent to a declaration of emancipation without a hearing.

a. ☐ Mother     Signature: _____ Dated _____
   Address:
   Telephone number:

b. ☐ Father     Signature: _____ Dated _____
   Address:
   Telephone number:

c. ☐ Legal guardian     Signature: _____ Dated _____
   Address:
   Telephone number:

d. ☐ Social worker
     Probation officer     Signature: _____ Dated _____
   Address:
   Telephone number:

e. ☐ District attorney     Signature: _____ Dated _____
   Address:
   Telephone number:

Form Adopted by the Judicial Council of California
MC-305 [Rev. July 1, 1994]

NOTICE OF HEARING — EMANCIPATION OF MINOR

Family Code § 7050 et seq.

MC-306

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address): ~~JoAnna Canzoneri McCormick 242 North Atlantic Boulevard Alhambra CA 91801~~ jcm 2609 E 14 Brooklyn NY

**ATTORNEY FOR** (Name): Clerk US Federal ~~Richard J Daley Center~~ 500 Pearl ~~50 West Washington Street~~ New York NY ~~Chicago Illinois~~ jcm

**IN THE MATTER OF** (NAME): JoAnna Canzoneri McCormick, an adult Married

**EMANCIPATION OF ~~MINOR~~ Adult**
**INCOME AND EXPENSE DECLARATION**

1. My name and address are: JoAnna Canzoneri McCormick ~~242 North Atlantic Boulevard~~ jcm 2609 E 14 ~~Alhambra CA 91801~~ Brooklyn NY 11235
   My telephone number is: ~~621-203-7262~~ jcm
   I have been living at this address since: 2014
   I live there with (name and relationship of all persons, including children):

2. My date of birth is: 02/07/1953

3. a. ☐ I am attending school (name of school and grade)
   b. ☒ I am not attending school. The highest year of education I have completed is: Some college

4. My occupation is: Self Employed

5. a. ☐ I am employed. My place of employment is (name and address):
   I started work there on (date):
   b. ☐ I am not employed at the present time. I last worked from (starting month and year): to (ending month and year): My gross monthly earnings were $

6. a. ☐ I am not receiving welfare or AFDC and I do not intend to apply for welfare or AFDC.
   b. ☐ I am receiving welfare or AFDC. Monthly amount received $
   c. ☐ I have applied for welfare or AFDC.
   d. ☐ I intend to apply for welfare or AFDC.
   ☒ Inhereth Funds

**EMANCIPATION OF MINOR**
**INCOME AND EXPENSE DECLARATION**

MC-300

IN THE MATTER OF (NAME): McCormick JoAnna

CASE NUMBER:

7. The average of my gross monthly earnings is:                                                Amount
   a. ☐ Salary and wages, including bonuses and overtime ............................... $
   b. ☐ Money received from parents or other adults assisting me
        (name and relationship): ............................................................. $
   c. ☐ Other (specify source and amount): ............................................... $

8. I have the following assets:                                                                  Value
   a. ☐ Cash .................................................................................... $
   b. ☐ Checking account ..................................................................... $
   c. ☐ Savings account ...................................................................... $
   d. ☐ Stocks, bonds ......................................................................... $
   e. ☐ Vehicle (year, make, model) ....................................................... $
   f. ☐ Other (specify): ...................................................................... $

9. My monthly expenses are:                                                                       Amount
   a. ☐ Rent or ☐ Mortgage ............................................................... $
   b. ☐ Food ................................................................................... $
   c. ☐ Clothing ............................................................................... $
   d. ☐ Phone and utilities .................................................................. $
   e. ☐ Vehicle ................................................................................ $
      (1) Loan payments ..................................................................... $
      (2) Maintenance ........................................................................ $

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____

▶

_____               _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PETITIONER)

MC-300 [Rev. January 1, 2001]            EMANCIPATION OF MINOR                          Page 2 of 2
                                    INCOME AND EXPENSE DECLARATION

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): JoAnna Canzoneri McCormick ~~3142 North Atlantic Boulevard~~ ~~Alhambra Ca 91801~~ 9cm 2109 E 14 9cm Brooklyn NY ATTORNEY FOR (Name): Pro Se STREET ADDRESS: Clerk US Federal MAILING ADDRESS: ~~Richard J Daley Center~~ 9cm 500 Pearl CITY AND ZIP CODE: ~~50 West Washington Street~~ 9cm New York NY BRANCH NAME: ~~Chicago Illinois~~ 9cm | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|

IN THE MATTER OF (NAME):
JoAnna Canzoneri McCormick
a married adult                Petitioner, a minor

**DECLARATION OF EMANCIPATION OF ~~MINOR AFTER HEARING~~**
Married Adult

1. This proceeding came on for hearing as follows:
   a. Date:              Time:           ☐ Dept.    ☐ Div.    ☐ Room:
   b. Judge (name):
   c. Present in court:
      ☐ Petitioner                    ☐ Attorney (name):
      ☐ Father                        ☐ Attorney (name):
      ☐ Mother                        ☐ Attorney (name):
      ☐ Probation officer (name):
      ☐ Social worker (name):
      ☐ County counsel (name):
      ☐ District attorney (name):
      ☒ Other (name and relationship to minor): A married Adult (See attached marriage certificate)

2. THE COURT FINDS THAT
   a. ☐ Notice was given as prescribed by the court.
   b. ☐ Warning has been given to the petitioner's ☐ mother ☐ father that a court may rescind the declaration of emancipation and the parents may become liable for the minor's support and medical coverage.
   c. The petitioner is a person described by Family Code section 7120.
   d. Emancipation is not contrary to the best interests of the petitioner.

3. THE PETITION IS GRANTED. THE PETITIONER IS DECLARED TO BE EMANCIPATED FOR THE PURPOSES SET FORTH IN FAMILY CODE SECTION 7050 ET SEQ.

Date: _____    _____
                                          JUDGE OF THE SUPERIOR COURT

(SEAL)

**CLERK'S CERTIFICATE**
I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____   Clerk, by _____, Deputy

Form Adopted by the Judicial Council of California
**DECLARATION OF EMANCIPATION OF MINOR AFTER HEARING**

**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

*Still married Divorce No good*

### CERTIFICATE OF REGISTRY OF MARRIAGE

No. 33738

**GROOM PERSONAL DATA**
- Name: Richard Allen McCormick
- Date: Jun 7 1949
- Birthplace: Illinois
- Age: 20
- Residence: 210 N Monterey St, Alhambra, Los Angeles
- Occupation: Laborer — Campers
- Father: Charles McCormick — Alabama — Massachusetts
- Mother: Barbara Festa

**BRIDE PERSONAL DATA**
- Name: Jo Ann Canzoneri
- Date: Feb 7 1953
- Birthplace: New York
- Age: 16
- Residence: 309 No Atlantic Blvd, Alhambra, Los Angeles
- Occupation: None
- Father: Joseph J Canzoneri — New York
- Mother: Amelia Masur — New York

**LICENSE TO MARRY**
- Jul 23 1969 — Jul 23 1969 — 13175 — William D. Sharp
- Oct 21 1969 — Los Angeles

**WITNESSES**
- Deborah Poundx — 7903 B Whitmore, Rosemead, California
- Mrs Pat Rodriguez — 214 N Monterey, Alhambra, California

**CERTIFICATION OF PERSON PERFORMING CEREMONY**
- July 24, 1969 — Los Angeles
- James Harvey Brown, Municipal Court Judge
- 111 N Hill St., Los Angeles, Calif.

**DATE ACCEPTED FOR REGISTRATION:** JUL 31 1969

Conny B McCormack
Registrar-Recorder/County Clerk

SEP 17 2007



**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

**COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK**

*Still married Divorce No good*

**CERTIFICATE OF REGISTRY OF MARRIAGE**   33738

**GROOM PERSONAL DATA**
- Richard Allen McCormick
- Jun 2 1949
- Age: 20
- Illinois
- 210 N Monterey St, Alhambra, Los Angeles
- Laborer — Campers
- 12
- Charles McCormick — Alabama
- Barbara Festa — Massachusetts

**BRIDE PERSONAL DATA**
- Jo Ann Cantoneri
- Feb 7 1953
- Age: 16
- New York
- 309 No Atlantic Blvd, Alhambra, Los Angeles
- None
- 10
- Joseph J. Cantoneri — New York
- Amalia Nagur — New York

**LICENSE TO MARRY**
- Jul 23 1969
- Jul 23 1969
- 13175
- Oct 21 1969
- LOS ANGELES
- County Clerk: WILLIAM G. SHARP

**WITNESSES**
- Deborah Pounds — 7903 E Whitmore, Rosemead, California
- Mae Pat Rodriguez — 214 S Monterey, Alhambra, California

**CERTIFICATION OF PERSON PERFORMING CEREMONY**
- July 24, 69
- Los Angeles, California
- James Harvey Brown, Municipal Court Judge
- 111 N Hill St., Los Angeles, Calif.

**DATE ACCEPTED FOR REGISTRATION:** JUL 31 1969

CONNY B. McCORMACK, Registrar-Recorder/County Clerk

SEP 17 2007




*ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE*

