UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNA CANZONERI MCCORMICK,

                Plaintiff,

    -against-

USA, ET AL.,

                Defendants.

15-CV-5870 (LAP)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LORETTA A. PRESKA, Chief United States District Judge:

      On December 8, 2011, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Canzoneri, et al., v. Tribune, et al.*, No. 11-CV-6614 (LAP) (S.D.N.Y. Dec. 8, 2011). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the December 8, 2011 order.

      The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated: August 13, 2015
       New York, New York

                                            LORETTA A. PRESKA
                                           Chief United States District Judge